WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bradley E. Holt, | No. CV-13-02648-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Citigroup Incorporated, et al., | |
| Defendants. | |

On December 30, 2013, Plaintiff filed a complaint and an application to proceed in forma pauperis. "Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).

In this case, Plaintiff alleges jurisdiction based on diversity. Doc. 1 at 2. Diversity jurisdiction requires complete diversity between all plaintiffs and all defendants. *Caterpillar v. Lewis*, 386 U.S. 523, 531 (1996).

Here, Plaintiff alleges that he is a resident (and presumably a citizen) of Tempe, Arizona. Doc. 1 at 1. Plaintiff further alleges that Defendant Bursey and Associates is a professional corporation that is a citizen of Tucson, Arizona. *Id*. at 2. Based on these allegations, there is not diversity between all parties.

Additionally, the complaint alleges a single count of negligence, based on Arizona state law. Therefore, there is also not federal subject matter jurisdiction.

Based on the foregoing,

**IT IS ORDERED** dismissing the complaint, without prejudice, for lack of subject

1 | matter jurisdiction; the Clerk of the Court shall enter judgment accordingly.

2 |       **IT IS FURTHER ORDERED** that the motion to proceed in forma pauperis (Doc.
3 | 2) is denied.

4 |       Dated this 22nd day of January, 2014.

James A. Teilborg
Senior United States District Judge